Alan Stuart Graf, OSB # 92317
alanstuartgraf@gmail.com
825 Merrimon Ave, Ste C # 354
Asheville, NC 28804
Telephone: 931-231-4119
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**BRANDON W.**,             6:24-CV-1977-AP

    Plaintiff,

    v.             ORDER FOR EAJA ATTORNEY FEES

**Commissioner of Social Security**,

    Defendant.

_____

    Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $5,908.38. Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 139 S. Ct. 2521 (2010), payment of this award shall be made payable to Plaintiff's attorney:

Alan Stuart Graf, PC, 825 Merrimon Avenue, Ste C, #354, Asheville, NC 28804.

    It is so ORDERED

    Dated this  9th  day of December, 2025

                                                        /s/Amy E. Potter
                                                   United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1